**FILED**

JUN 2 5 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEJANDRO ALVAREZ | Case No. 19 CR 492<br><br>Violations: Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code 924(c)(1)(A) |

**JUDGE KENDALL**

**MAGISTRATE JUDGE KIM**

### COUNT ONE

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about May 3, 2019, at Cicero, in the Northern District of Illinois, Eastern Division,

ALEJANDRO ALVAREZ,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1).

1

## COUNT TWO

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about June 12, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ALEJANDRO ALVAREZ,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1).

## COUNT THREE

The SPECIAL JUNE 2018 GRAND JURY further charges:

On or about June 12, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

## ALEJANDRO ALVAREZ,

defendant herein, knowingly possessed a firearm, namely a Glock 26 semi-automatic pistol bearing serial number WAA624, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a), as charged in Count Two of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2018 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 846, as set forth in Count One of this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 924(c), as set forth in Count Two of this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

3. The property to be forfeited includes, but it not limited to the following specific property:

   a. a Glock 26 9-millimeter pistol, bearing serial number WAA624, and associated ammunition; and

   b. a white 2014 Mercedes Benz CLA 250, bearing vehicle identification number WDDSJ4EB9EN060589.

4. If any of the property described above, as a result of any act or omission by a defendant cannot be located upon the exercise of due diligence; has been

4

transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

                                            A TRUE BILL:

                                            _____
                                            FOREPERSON

_____
UNITED STATES ATTORNEY